# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**XAVION OMOWARE,**                                                   **PLAINTIFF**

**v.**                    **Case No. 4:22-cv-00427-KGB**

**CLARK, Sergeant, Pulaski County**
**Detention Center,** *et al.*                                             **DEFENDANTS**

## ORDER

When plaintiff Xavion Omoware filed this lawsuit, he was in custody at the Pulaski County Detention Facility ("PCDF") (Dkt. No. 1). On July 12, 2022, mail to Mr. Omoware at the PCDF was returned undeliverable (Dkt. No. 4). As a result, on July 18, 2022, the Court entered a show cause Order to require Mr. Omoware to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 5). The Court notified Mr. Omoware that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Omoware has not complied with or otherwise responded to the Court's July 18, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Omoware's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 19th day of August, 2022.

                                                                                             Kristine G. Baker
                                                                                            United States District Judge